Case 1:20-cv-00127   Document 10   Filed on 10/23/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ANGEL MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-127 |
| § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Jose Angel Martinez filed this action in a Texas state court, and Defendant Family Dollar Stores of Texas, LLC removed to this Court based on diversity jurisdiction. (Removal, Doc. 1) Martinez filed a Motion to Remand (Doc. 5) arguing that Family Dollar, as a limited liability company, did not establish that each of its members was diverse. The same day, Family Dollar filed an Amendment to Notice of Removal (Doc. 6) alleging the diversity of each of its members. The United States Magistrate Judge issued a Report and Recommendation (Doc. 9) recommending that Martinez's Motion to Remand be denied. No party filed objections.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 9). It is:

**ORDERED** that Martinez's Motion to Remand (Doc. 5) is **DENIED.**

SIGNED this 23rd day of October, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge