United States District Court
Southern District of Texas
**ENTERED**
October 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ANGEL MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-127 |
| § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC, § | |
| § | |
| Defendant. § | |

### ORDER

Plaintiff Jose Angel Martinez filed a complaint in Texas state court asserting a claim of premises liability against Defendant Family Dollar of Texas, LLC. (Doc. 1–2) Family Dollar removed the matter to this Court based on diversity jurisdiction. (Doc 1) Target moved for summary judgment; Martinez did not file a response. (Motion, Doc. 18)

In September 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that Family Dollar's Motion be granted. No party filed objections. The Court finds no plain error in the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation (Doc. 22). As a result, it is:

**ORDERED** that Defendant Family Dollar of Texas, LLC's Motion for Summary Judgment (Doc. 18) is **GRANTED**.

The Court will separately issue a Final Judgment.

Signed on October 18, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge